1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEREMY S. KROGER, Bar #258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CAITLIN DEERING

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNIFED STATES OF AMERICA,       )   NO. 6:09-mj-00213 YNP
                                   )
12              *Plaintiff,*       )   STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE HEARING; ORDER
13         v.                      )
                                   )   Date:  January 14, 2010
14 CAITLIN DEERING,                )   Time:  1:30 p.m.
                                   )   Judge: Magistrate Judge Gary S. Austin
15              *Defendant.*       )
                                   )
16 _____ )

18         IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JAMES HERING, Certified Law Student, counsel for plaintiff, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, CAITLIN DEERING, that the date for status conference may be continued to January 14, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is December 18, 2009. The requested new date is January 14, 2010.**

24 ///
25 ///
26 ///
27 ///
28 ///

This stipulation is entered into as the parties are awaiting receipt of Defendant's blood test results.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: December 17, 2009            By  /s/ James Hering
                                              JAMES HERING
                                              Certified Law Student
                                              Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: December 17, 2009            By  /s/ Jeremy S. Kroger
                                              JEREMY S. KROGER
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              CAITLIN DEERING

## ORDER

The status conference currently scheduled for December 18, 2009 is continued until January 14, 2010 at **10:00 a.m.** in Courtroom 9 before Magistrate Judge Dennis L. Beck.

**IT IS SO ORDERED**.

DATED: December 17 , 2009

                                              /s/ Gary S. Austin
                                            Gary S. Austin, Magistrate Judge
                                            United States District Court