1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEREMY S. KROGER, Bar #258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   CAITLIN DEERING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 6:09-mj-00213 YNP |
|---|---|---|
| Plaintiff, | ) ) ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. | ) | ORDER THEREON |
| CAITLIN DEERING, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, CAITLIN DEERING, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of her appearance at said time and place.

///

///

///

Defendant makes this request because she resides in Los Angeles, California, and the time, distance and expense involved in traveling to Fresno for court appearances would be both a financial and personal hardship. Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

Dated: January 12, 2010                         /s/ Caitlin Deering
                                                CAITLIN DEERING
                                                   [original signature in attorney's file]


Dated: January 12, 2010                         /s/ Jeremy S. Kroger
                                                JEREMY S. KROGER
                                                Assistant Federal Defender
                                                  Counsel for Defendant
                                                   [original signature in attorney's file]


# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.


IT IS SO ORDERED.

**Dated:   January 13, 2010**                   **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE

Waiver of Defendant's Personal Presence;
[Proposed] Order Thereon                        -2-