1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   Rm. 4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 6:09-mj-00213-YNP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING AND |
| CAITLIN DEERING, | ) | [PROPOSED] ORDER THEREON |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference currently set for **February 11, 2010** may be continued to **March 25, 2010 at 10:00 a.m.**

This request is being made due to the government needs additional time to have the defendant's blood retested and make an offer in this matter. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for investigation, negotiation, and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and 3161(h)(7)(B)(i).

Dated: February 5, 2010                               BENJAMIN B. WAGNER
                                                       United States Attorney


                                                       By: /s/ Laurel J. Montoya
                                                       LAUREL J. MONTOYA
                                                       Assistant U.S. Attorney

1

Dated: February 5, 2010                               /s/ Jeremy S. Kroger
                                                                                         JEREMY S. KROGER
                                                                                        Attorney for the Defendant

## ORDER CONTINUING HEARING DATE

      IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and 3161(h)(7)(B)(I).  4th Status Conference hearing is continued from February 11, 2010 to March 25, 2010 at 10:00 a.m. before Judge Austin.

Dated:   February 5, 2010                       /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE