1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   Rm. 4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 6:09-mj-00213-YNP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON |
| CAITLIN DEERING, | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference currently set for **March 25, 2010, 2010** may be continued to **April 22, 2010 at 10:00 a.m.**

   This request is being made due to the government needs additional time to have the defendant's blood retested and make an offer in this matter.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of  time set forth herein for investigation, negotiation,  and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and 3161(h)(7)(B)(i).

Dated: February 5, 2010                                      BENJAMIN B. WAGNER
                                                             United States Attorney


                                                             By: /s/ Laurel J. Montoya
                                                             LAUREL J. MONTOYA
                                                             Assistant U.S. Attorney

| | |
|---|---|
| 1  Dated: February 5, 2010 | /s/ Jeremy S. Kroger |
| 2 | JEREMY S. KROGER |
|   | Attorney for the Defendant |

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and 3161(h)(7)(B)(I).

IT IS SO ORDERED.

Dated:   **March 23, 2010**           /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2