| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | JEREMY S. KROGER, Bar #258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | CAITLIN DEERING |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 6:09-mj-00213 YNP |
| | ) | |
| *Plaintiff,* | ) | AMENDED STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING;ORDER |
| v. | ) | |
| | ) | Date:  June 8, 2010 |
| CAITLIN DEERING, | ) | Time:  10:00 a.m. |
| | ) | Judge: Magistrate Judge Michael J. Seng |
| *Defendant.* | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL MONTOYA, Assistant United States Attorney, counsel for plaintiff, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, CAITLIN DEERING, that the trial confirmation conference and trial currently scheduled for May 4, 2010 and May 25, 2010, respectively, be vacated.  The parties further stipulate that the matter be set for status conference on Tuesday, June 8, 2010, at 10:00 a.m., or the soonest date thereafter that is convenient to the Court.

This stipulation is entered into because the government has tendered a plea offer to defense counsel, and the parties now believe that this matter will be resolved without burdening the Court and the public with the time and expense of a jury trial.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and
3  3161(h)(7)(B)(i) and (iv).

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 30, 2010      By | /s/ Laurel Montoya<br>LAUREL MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: April 30, 2010      By | /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>CAITLIN DEERING |

**ORDER**

The trial confirmation conference and trial currently scheduled for May 4, 2010 and May 25, 2010, respectively are vacated. The matter is continued until June 8, 2010, at 10:00 a.m., for a status conference before this Court.

The delay resulting from this continuance shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 3, 2010**             /s/ Michael J. Seng
                              UNITED STATES MAGISTRATE JUDGE