DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CAITLIN DEERING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 *Plaintiff*, <br> v. <br> CAITLIN DEERING, <br>                 *Defendant*. | No. 6:09-MJ-00213 MJS <br><br> STIPULATION TO MODIFY CONDITIONS OF RELEASE FOR TRAVEL; ORDER THEREON <br><br> Magistrate: Honorable Michael J. Seng |

**THE PARTIES HEREBY STIPULATE** that the order of release for defendant, Caitlin Deering, may be modified to allow her to travel with her family to Lake Powell, Utah. Ms. Deering will be traveling by car. Ms. Deering will be staying in a houseboat on the lake. She will leave on June 19, 2010 and return on June 28, 2010. Pretrial Officer, Damien Davis, and AUSA, Laurel Montoya, have no objection to this request.

///
///
///
///
///
///
///

1   All other conditions of release shall remain in full force and effect.

                McGREGOR W. SCOTT
                United States Attorney

DATED:  June 16, 2010    By: /s/ Laurel Montoya
                LAUREL MONTOYA
                Assistant U.S. Attorney
                Attorney for Plaintiff


                DANIEL J. BRODERICK
                Federal Defender

DATED:  June 16, 2010    By: /s/ Melody M. Walcott
                MELODY M. WALCOTT
                Assistant Federal Defender
                Attorney for Defendant
                Caitlin Deering



**ORDER**



IT IS SO ORDERED.

Dated:   June 17, 2010      /s/ *Michael J. Seng*
              UNITED STATES MAGISTRATE JUDGE