DANIEL J. BRODERICK, #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CAITLIN DEERING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAITLIN DEERING,<br><br>    Defendant. | No. 6:09-mj-00213 MJS<br><br>STIPULATION TO VACATE<br>ANY EXISTING HEARING DATES<br>AND SET FOR CHANGE OF PLEA;<br>ORDER THEREON<br><br>Court: U.S. Magistrate<br>Judge: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Caitlin Deering, and her attorney of record, Jeremy Kroger, that any existing hearing dates in the above-captioned matter be vacated and the matter be set for change of plea August 27, 2010, at 1:30 p.m.

Dated: August 5, 2010        By: /s/ Susan St. Vincent
                                    SUSAN ST. VINCENT
                                    Acting Legal Officer for
                                    National Park Service

Dated: August 5, 2010        By: /s/ Jeremy Kroger
                                    JEREMY KROGER
                                    Office of the Federal Defender
                                    Attorney for Defendant
                                    CAITLIN DEERING

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to vacate any existing hearing dates and set the matter for change of plea August 27, 2010, at 1:30 p.m.,

HEREBY ORDERS AS FOLLOWS:

1. Any existing hearings are vacated.
2. The matter is now set for change of plea on August 27, 2010, at 1:30 p.m.

IT IS SO ORDERED.

Dated:  August 6, 2010         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Deering - Stipulation Setting Schedule