DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CAITLIN DEERING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>CAITLIN DEERING,<br><br>    *Defendant.* | No. 6:09-mj-00213 MJS<br><br>APPLICATION AND ORDER TO FILE SENTENCING MEMORANDUM UNDER SEAL<br><br>Date: November 19, 2010<br>Time: 1:30 p.m.<br>The Hon. Dennis L. Beck |

Defendant, Caitlin Deering, hereby requests that the Sentencing Memorandum be filed ***under seal*** until further order of the Court. Ms. Deering makes this request because she anticipates that the memorandum will include sensitive psychological records.

DATED: November 17, 2010        Respectfully submitted,

                    DANIEL BRODERICK
                    Federal Defender

                    /s/ Jeremy S. Kroger
                    JEREMY S. KROGER
                    Assistant Federal Defender
                    Attorney for Defendant

  **It is so ordered** that the sentencing memorandum be filed ***under seal***.

  IT IS SO ORDERED.

  **Dated:**  **November 18, 2010**        **/s/ Dennis L. Beck**
                        UNITED STATES MAGISTRATE JUDGE